# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**CAROLYN GARDNER,**
        Appellee

                            No. 25-1295

  v.

**KUTZTOWN UNIVERSITY; DR. KENNETH S. HAWKINSON,** President of Kutztown University, in his individual capacity; **JESUS PENA,** Vice-President for Kutztown University Division of Equity, Compliance and Legal Affairs, in his individual capacity; **JENNIFER WEIDMAN,** Kutztown University Director of Human Resources, in her individual capacity,
        Appellants

## APPELLANTS' MOTION TO EXCEED WORD LIMIT FOR REPLY BRIEF

Appellants, Jennifer Weidman, Kutztown University, Jesus Pena, Kenneth S. Hawkinson, respectfully request to exceed the word count limit established by Fed. R. App. Proc. 32(a)(7)(B) by **1,000** words, making the total word count limit for the Appellants' reply brief **7,500** words. In support of this application, undersigned counsel avers as follows:

1. This is an employment discrimination case with a voluminous summary judgment record. The parties filed cross-motions for summary judgment.

2. The Appellants' opening brief addresses the entry of summary judgment in favor of Appellee on *six* separate claims. The Appellee's complaint originally contained twelve counts.

3. The district court's opinion below, adjudicating the cross-appeals, is 70 pages in length.

4. Appellee's operative amended response brief (ECF 40)[1] spans 53 pages and is 13,008 words, excluding requisite tables and certifications, *i.e.* Table of Authorities and Certificates of Compliance.

5. Given the volume and complexity of the issues and claims involved, the Appellants respectfully request an additional 1,000 words for their reply brief in order to fully address all claims challenged and Appellee's response brief as to each. Additional words will enable undersigned counsel to adequately assist this Court in its consideration of this matter.

6. No party would be prejudiced by an order granting this request.

WHEREFORE, the Appellants respectfully request to exceed the word count limit by 1,000 words in their reply brief.

---

[1] Appellant filed an omnibus motion for relief, requesting reconsideration of the order granting Appellee leave to file an amended brief, to strike the amended brief filed, and reinstate the original brief filed. *See* ECF 42. That motion has been referred to the merits panel. ECF 44.

                                  Respectfully submitted,
                                  David W. Sunday, Jr.
                                  Attorney General

By:   */s/ Hannah L. Kogan*

       HANNAH L. KOGAN
       Deputy Attorney General
       Bar No. 333516 (Pa.)
       DANIEL B. MULLEN
       Chief Deputy Attorney General
       Chief, Appellate Litigation Section

Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2402

DATE: October 16, 2025

# CERTIFICATE OF SERVICE

I, Hannah L. Kogan, Deputy Attorney General, do hereby certify that I have this day, October 16, served the foregoing *Motion to Exceed Word Limit for Reply Brief* on behalf of Appellants, via electronic service, so the Notice of Docket Activity that is generated by this Court's electronic filing system (PACER) constitutes service of the filed document on any/all Filing User(s) and parties involved in this case.

*/s/ Hannah L. Kogan*

HANNAH L. KOGAN
Deputy Attorney General

DATE: October 16, 2025